UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD MOORE,** | 1:14-cv-1298-LJO-SMS |
| Plaintiff, | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT P&R KORD, INC. (DOC. 4)** |
| v. | |
| QFS, INC., et al., | |
| Defendants. | |

On August 29, 2014, Ronald Moore ("Plaintiff") filed a notice of voluntary dismissal of Defendant P&R Kord, Inc. under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc.4 at 1. Plaintiff requests that the Court issue an order dismissing his complaint as to <u>only</u> Defendant P&R Kord, Inc. <u>without prejudice</u>.

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice Plaintiff's complaint as to Defendant P&R Kord, Inc.

IT IS SO ORDERED.

　　Dated:   **September 15, 2014**          /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1