1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD MOORE, | ) | No.  1:14-cv-01298-LJO-SMS |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) | |
| QFS INCORPORATED dba QFS SHELL, et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants QFS Incorporated dba QFS Shell and Nicole Larson, individually and dba QFS Shell, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: November 26, 2014          MOORE LAW FIRM, P.C.


*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Ronald Moore

WANGER JONES HELSLEY PC


*/s/ Michael S. Helsley*
Michael S. Helsley
Attorneys for Defendants
QFS Incorporated dba QFS Shell and Nicole Larson, individually and dba QFS Shell

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.


Dated:     11/26/14                              /s/ Lawrence J. O'Neill
                                                 United States District Judge